IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-033-CV





RANDY GOSS,



 APPELLANT


vs.





MILBURN INVESTMENTS, INC., AND WELLS BRANCH 


MUNICIPAL UTILITY DISTRICT,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 93-08464, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: March 2, 1994

Do Not Publish